UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                   Plaintiff

v.                                                                                        Criminal Action No. 3:18-CR-123-RGJ

BEVERLY ANN MAYHEW                                                                                      Defendant

\* \* \* \* \*

## **ORDER**

This matter is before the Court upon a motion by Defendant Beverly Ann Mayhew, through counsel, for compassionate release in light of the COVID-19 pandemic (DN 89). Defendant also filed a sealed motion to seal certain attachments to the motion (DN 90). Upon consideration,

**IT IS ORDERED** that the United States shall file a response to Defendant's motions (DNs 89 and 90) **within 10 days** from the entry date of this Order, stating its position with respect to the motions and specifically including information with respect to the inmate's adjustment to institutional life and any history of disciplinary actions.

Date:

cc:   Counsel of record
A961.010